**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://betches.com/did-this-influencer-fake-a-crash-for-instagram-likes/



**EXHIBIT 2:** INFRINGEMENT# 2
URL: https://betches.com/did-this-influencer-fake-a-crash-for-instagram-likes/



snapping photos after Tiffany fell.



At first, *Buzzfeed* reports that comments on the posts were positive, wishing Tiffany a speedy recovery and things of that nature. But then, people quickly pointed out a few things wrong with all these photos. Number one, why did Lindsey continue snapping photos when her friend was clearly hurt?? Have some decorum, Lindsey!

**EXHIBIT 2:** INFRINGEMENT# 3
URL: https://betches.com/did-this-influencer-fake-a-crash-for-instagram-likes/



**EXHIBIT 2:** INFRINGEMENT# 4
URL: https://betches.com/did-this-influencer-fake-a-crash-for-instagram-likes/



But it was really this photo that rang people's alarm bells that this photo series may not have been as innocent as it seemed.



That SmartWater placement seems… suspicious. We already know that celebrities do fake paparazzi photos for sponsored content, so is it that crazy to assume that influencers are also hopping on the bandwagon? Look, really nothing would surprise me anymore. Especially when you consider the differences in these photos: Tiffany and Martyn have clearly changed positioning, and the two bottles of water appear out of nowhere. Where did they come from? They weren't there before, and they're so prominent in the frame that it seems like an odd, yet deliberate, choice.

